UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00309-FDW-DCK

| | |
|---|---|
| DEMETURIS ANTONIO JEFFRIES, SR., ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| METRO MEDAL & DESIGN, INC., ) | |
| Defendant. ) | |

THIS MATTER comes before the Court *sua sponte* concerning the status of this case. On June 13, 2014, Plaintiff filed an Application to Proceed in District Court in forma pauperis ("IFP Application"). (Doc. No. 2). On June 19, 2014, the Court denied Plaintiff's IFP Application and ordered Plaintiff to remit the first of four monthly installments of $100.00 within 20 days. (Doc. No. 3). Plaintiff was forewarned that failure to comply with the Order would result in an immediate dismissal of his claims.

Plaintiff did not respond to the Court's order. Plaintiff has failed to remit payment or file a new IFP Application, and the time for doing so has long expired.

THEREFORE, it is ORDERED that Plaintiff's claims are DISMISSED without prejudice. The Clerk of Court is respectfully directed to CLOSE THE CASE.

SO ORDERED.

Signed: March 10, 2015

Frank D. Whitney
Chief United States District Judge